Name: John Douglas Robertson Jr.

Address: 225. N. Enterprise dr
Girard, KS, 66743

FILED
MAY -9 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

John Douglas Robertson JR, Plantiff
*(Full Name)*

V.

Sheriff of Crawford County Jail. et. al., Defendant (s)

CASE NO. 22-3092-SAC
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) John Douglas Robertson JR *(Plaintiff)*, is a citizen of Kansas *(State)* who presently resides at Crawford county Jail; 225. N. Enterprise dr. *(Mailing address or place of confinement.)*

2) Defendant Crawford County Jail Doctor of Jail *(Name of first defendant)* is a citizen of Girard, Kansas. *(City, State)*, and is employed as Doctor of Jail *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Was working as doctor of Jail.

**SEE BACK SIDE**

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

1

## Defendants

**Defendant NO. 3**
Crawford County Jail Administrator
Jail administrator
N/A
Crawford County Jail
225 N. Enterprise dr
Girard, Kansas, 66743
☒ Individual Capacity  ☒ Offical capacity

**Defendant NO. 4**
Crawford County Jail Capitain
Capitian of Jail
N/A
Crawford County Jail
225 N. Enterprise dr
Girard, KS, 66743
☒ Individual Capacity  ☒ offical capacity

**Defendant NO. 5**
Crawford County Jail Luteant
Luteant of Jail
N/A
Crawford County Jail
225 N. Enterprise dr
Girard, Kansas 66743
☒ Individual capacity  ☒ offical capacity

**Defendant NO. 6**
Crawford County Jail Nurses/ medical staff All
All Jail Nurses/medical staff
N/A
Crawford County Jail
225 N. enterprise dr
Girard, KS, 66743
☒ Individual capacity  ☒ offical capacity

**Defendant NO. 7**
Crawford County Jail Kitchen/ food staff All.
Kitchen/all food staff.
N/A
Crawford county Jail
225 N. Enterprise dr
Girard, KS 66743
☒ Individual Capacity  ☒ offical capacity

Reserve the right to Add more Defendants at a later Date.

3) Defendant __Crawford county sheriff__ is a citizen of
   (Name of second defendant)

__Girard, Kansas__, and is employed as
   (City, state)

__Sheriff__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

__Working as sheriff of the Jail, his Job to oversee all employee's duties.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__Not at this time. But reserve the right at a later time.__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

__November, 23, 2021. was in Severe back pain Dec, 28, 2021. in extreme back pain. I've Notified medical was seen by medical. then i was perscribed Ibuprofen 600 mg. Jan. 6, 2022. Notified medical that my Back pains Continued and was causing problems with sleep. was denied medical attention. march 8, 2022 medical was notified that my Back pain has Spread down to my hips and was also Causing Numbness SEE Back Side__

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

in Back and was not seen by medical.

- December, 15, 2021. medical staff was notified. Notified that i a Air pocket around my right testicle. Was Scheduled for a Sonogram.

January 4, 2022, trasported to have sonogram taken of right testicle

Cannot remember exact date i went to see **ELIAS TAWIL A MD FACS** and was perscribed antibotics for ten days twice a day. This treatment did not work.

march, 5, 2022, still airpocket/swelling in right testicle with sharp pains.

Do not remember exact date. Was seen by Crawford County Jail medical staff and was perscribed the same antibotics for a Second time, for ten days X2 a day.

On Approximtly April 11, 2022, i was seen again by Crawford County Jail medical staff/Nurses, for swelling in my right testicle. and was perscribed same antibotics for a thrid time for ten days X2 day. was also perscribed a steroid for six days.

- December, 22, 2021, was served egg salad at dinner and caught food poisoning the next day.

January, 17, 2022, allergic to mustard, requested no mustard on diet. would not replace food made with mustard. forced to eat food.

~~January, 25, 2022.~~

Febuary, 24, 2022. are being denied sufficient calorie and protien Substatute. being a vegitarian.
from been on vegitarian diet to present day, I have been denied sufficent calories and protiens.

## Statement of Claim

Febuary, 5, 2022, allergic to mustard, requested no mustard diet, would not replace. Forced to eat.

January 25, 2022, was served egg salad with mustard, at dinner, forced to eat. Caught food poisoning.

The Sheriff, Jail administator, Jail Capitein, Luteant, has a legal, moral, and Constituinal obligation to make sure that i was provided by adequate and proper medical care, All my religious practices and materials, and proper Calories, protiens, and that the Food is properly served so that i would not get sick, yet they neglected there legal, moral and Consrtutional obligatrons which caused all statements of claim.

Crawford County Jail, Doctor and medical staff has a legal, moral and Constitutional obligation to make sure that i was

## Statement of Claim, Cont.

provided by adequate and proper medical care. and proper calories, and protiens, also to make sure the food is properly prepared and served. So that i would not get sick. yet they neglegted there, legal, moral and Constitutional obligations, which caused statements of Claim.

Crawford County Jail Kitchen/food staff. has a moral, legal, and constitutional obligations. to make sure that i was provided adequate and properly prepared food and handled food and proper calories and protiens, also they are allowing Jail deputies to prepare and serve food, when deputies are not properly trained kitchen staff, which is leading to food peisonings in Jail and denial of proper Calories and protiens. yet they have neglegted there legal, moral, and Constitutional obligations which casued all statements of Claim.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Cruel & unusuall punishment

___

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I was Denied proper medical care by Crawford county detention center, from November 23, 2021, to present. I was in Constant pain and suffering. I was also denied proper calories and protiens. and caught food

B) (1) Count II: Denied adequate medical Care

___

(2) Supporting Facts: I was denied proper medical Care by Crawford county Jail sheriff. From November, 23, 2021 to present day. I've been in pain and suffering Constantly. SEE BACK SIDE

3

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

<u>Count 1</u>: FACTS: Poisoning from spoiled foods.

Count 2: Facts: when I was seen by medical i was inadequately given proper medical care, causing medical problem to Become worse. most of the time i was Denied adequate medical care all together.

C) (1) Count III: __Mental anguish__

(2) Supporting Facts: __This Caused mental anguish due to anxiety and stress, by, being Denied proper medical care, my medical problems Becoming worse. And by being denied proper__

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

[signature redacted]

SEE BACK SIDE

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          4

Count 3: FACTS. Calories and protiens. and caught food poisioning. From December 22, 2021. By Crawford county Jail Staff, medical and kitchen staff.

Count 4: Denial of religious practices and Religious materials.

Supporting facts: From April 14, 2021, to present day

I am an Odinist and have been denied my religious materials. poetic Edda, prose Edda, Runes, Rune book, Norse mythology books. The Crawford county Jail provides other Religions, with all there religious materials at no cost but refuse to provide my religion, Religious materials.

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$1,000,000.00 in Punitive, Monitary and all other damages, plus all Medical Cost and Care, given proper Medical Care All filing fees and Cost, given proper Food

_____        _____
Signature of Attorney (if any)                      Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983